AO 455 (Rev. 01/09) Waiver of an Indictment

U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
DEC 13 2017
CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:17-cr-00159-JDL |
| Albert Cray | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 12/13/17

_Albert M. Cray_
*Defendant's signature*

_[signature]_
*Signature of defendant's attorney*

Leonard I. Sharon
*Printed name of defendant's attorney*

_[signature]_
*Judge's signature*

Jon D. Levy, U.S. District Judge
*Judge's printed name and title*