U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
DEC 13 2017
CHRISTA K. BERRY, CLERK
BY
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2017 NOV 24 P 2:25
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. |
| v. | ) (16 U.S.C. §§ 3372, 3373) |
| | ) |
| ALBERT CRAY | ) 2:17-cr-159-JDL |

### INFORMATION

The Assistant Attorney General of the Environment and Natural Resources Division and the United States Attorney for the District of Maine charge:

### COUNT ONE

On about the time period of March 12, 2013, to March 16, 2013, in the District of New Jersey and elsewhere, the defendant,

**ALBERT CRAY,**

a resident of Maine, knowingly engaged in conduct that involved the sale and purchase of, the offer of sale and purchase of, and the intent to sell and purchase wildlife, that is, juvenile American eels ("elvers"), with a market value in excess of $350, and knowingly sold such wildlife in interstate commerce between New Jersey and Maryland, knowing that such wildlife was taken, possessed, and transported in violation of and in a manner unlawful under the regulations of New Jersey, specifically New Jersey Administrative Code, Title 7, Chapter 25, Subchapter 18.1.

In violation of Title 16, United States Code, Sections 3372(a)(2)(A) and 3373(d)(1)(B); and Title 18, United States Code, Section 2.

Date: 11/22/17

_____
Cassandra Barnum
Trial Attorney, Environmental Crimes Section
Environment and Natural Resources Division
United States Department of Justice

_____ for
Shane Waller
Trial Attorney, Environmental Crimes Section
Environment and Natural Resources Division
United States Department of Justice